UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN PABLO HERNANDEZ CRUZ,<br><br>  Plaintiff,<br><br>v.<br><br>KRISTI NOEM et al.,<br><br>  Defendants. | Case No. 8:25-cv-02566-SB-MAA<br><br>FINAL JUDGMENT |

For the reasons stated in the separate order denying the application for a temporary restraining order entered this date and pursuant to Petitioner's consent to dismissal of the action, Petitioner Jaun Hernandez Cruz's petition for habeas corpus is dismissed without prejudice.

This is a final judgment.

Date: December 2, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge